THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Christopher Mark Stogner, Appellant.
 
 
 

Appeal from Lexington County
 Marc H. Westbrook, Circuit Court Judge

Unpublished Opinion No. 2006-UP-012
Submitted January 3, 2006  Filed January 5, 2006   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant Deputy Attorney General Donald J. Zelenka, all of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Christopher Mark Stogner appeals his conviction for robbery while armed with a deadly weapon.  The trial court sentenced Stogner to twenty-five years.  Stogner alleges the trial court erred giving an unconstitutionally coercive Allen charge.[1]  In addition, Stogner filed a pro se brief asserting fourteen separate grounds for appeal.  After a thorough review of the record, counsels brief, and Stogners pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Stogners appeal and grant counsels motion to be relieved.
 APPEAL DISMISSED.[2]
GOOLSBY, ANDERSON, and SHORT, JJ., concur.

[1] Allen v. United States, 422 U.S. 806 (1896).
[2] We decide this case without oral argument pursuant to Rule 215, SCACR.